## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

_____
                                        )
WOW WHAT SAVINGS, LLC                   )
                                        )   Civil Action No. _____
                Plaintiff,              )
                                        )
        v.                              )
                                        )
AMERICA ONLINE, INC.                    )
                                        )
                Defendant.              )
_____)

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 and Local Civil Rule 81.1, Defendant AOL Inc. ("AOL"), incorrectly identified by Plaintiff as "America Online, Inc.," removes to this Court the state court action described below.

1.	On or about December 30, 2010, Plaintiff Wow What Savings, LLC ("WWS") filed suit against AOL in the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts (Middlesex) (Case No. MICV2010-04922) (the "State Action"). A copy of the Complaint and all other known pleadings in the State Action are attached as Exhibit A.

2.	On or about January 3, 2011, AOL was served with a copy of the Complaint in the State Action.

3.	AOL may remove the State Action to this Court pursuant to 28 U.S.C. § 1441 because it is based on claims over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1332 (diversity jurisdiction).

4. Pursuant to 28 U.S.C. § 1331, this Court has federal question jurisdiction over WWS's claims for trademark infringement under the federal Trademark Act, 15 U.S.C. § 1125(a) (Count VII of the Complaint in the State Action) and under federal common law (Count VIII of the Complaint in the State Action). This Court may also exercise supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, over the remaining state law claims in the State Action because such claims form part of the same alleged case or controversy as the claims based on federal law.

5. Pursuant to 28 U.S.C § 1332, this Court also has diversity jurisdiction because:

    a. there is complete diversity of citizenship between Plaintiff WWS, a limited liability company incorporated under the laws of the Commonwealth of Massachusetts, with its principal place of business at 109 Milton Street, Waltham, Massachusetts, and Defendant AOL, a Delaware corporation with its principal place of business at 22000 AOL Way, Dulles, Virginia; and

    b. more than $75,000, exclusive of interest and costs, is in controversy based on the monetary and injunctive relief sought by Plaintiff WWS, including "multiple damages" and an injunction preventing Defendant AOL from doing business as "Wow;" from using the name "Wow" to promote its business; and from "alienating, transferring, encumbering, pledging or otherwise disposing of Wow.com and its assets."

6. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal was simultaneously filed with the Clerk of the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts (Middlesex) and AOL has provided written notice of the same to WWS.

Dated:  January 10, 2011 Respectfully submitted,

/s/ Lawrence R. Robins
Lawrence R. Robins (BBO. 632610)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, Massachusetts  02142-1215
Telephone:  (617) 452-1600
Facsimile:  (617) 452-1666

David M. Kelly (pro hac vice pending)
Stephanie H. Bald (pro hac vice pending)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

*Attorneys for Defendant*
AOL Inc.

## **CERTIFICATE OF SERVICE**

I, Lawrence R. Robins, hereby certify that on January 10, 2011, I caused a copy of the following document:

NOTICE OF REMOVAL

to be served upon Plaintiff Wow What Savings, LLC, via their counsel by hand service as indicated:

David Summer, Esq.
77 Franklin Street-3rd Floor
Boston, MA 02110
(617) 695-0050

                                                /s/ Lawrence R. Robins
                                                Lawrence R. Robins

Dated: January 10, 2011